0924819
BJP/hs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTOINE JOHNSON,

                                        Plaintiff,                    **INTERROGATORIES**

          -against-                                                 08 Civ. 1324 (KMK)
                                                                    ECF CASE

ALFRED MASTARRIGO,

                                        Defendant.
-----------------------------------------------------------------x

## DEFENDANT'S FIRST
## INTERROGATORIES TO PLAINTIFF

       Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and Local Rule 33.3, defendant, ALFRED MASTARRIGO, hereby requests that plaintiff serves upon the undersigned attorneys sworn answers to the interrogatories set forth below within thirty (30) days of service hereof:

     1.     The names and addresses of witnesses with knowledge and/or information relevant to the subject matter of this action.

     2.     State the manner of computation of each category of damage alleged.

     3.     The existence, custodian, location and general description of relevant documents and other physical evidence, or evidence of a similar nature.

4.    With respect to the injuries alleged suffered, state:

      (a)    the extent and nature of any disability, including those alleged to be permanent and those alleged to be aggravated.

      (b)    describe in detail the location of any pain suffered, and the duration and intensity of such pain.

      (c)    Whether or not you suffered any restraint of your normal activities due to the injuries allegedly suffered, and describe in detail the nature of such restraint, and the dates you suffered the pain.

5.    Have you sustained any additional financial loss as a result of the incident complained of, other than those covered by preceding interrogatories:  If so, state:

      (a)    the nature and amount of such losses.

      (b)    the date thereof.

      (c)    the name and address of any persons to whom any money so claimed as an additional loss was paid.

6.    Set forth fully each and every act and/or omission constituting the negligence claimed on the part of the answering defendant.

7.    State in what respect plaintiff has sustained a serious injury, as defined in Section 5102 of the Insurance Law, or economic loss greater than basic economic loss, as defined in Section 5102 of the Insurance Law.

Dated: White Plains, New York
      July 15, 2008

                        LAW OFFICE OF THOMAS K. MOORE

                        By: _____s/_____
                              BRIAN J. POWERS (BP-1992)
                        Attorneys for Defendant
                        ALFRED MASTARRIGO
                        Office & P.O. Address
                        701 Westchester Avenue - Suite 101W
                        White Plains, New York  10604
                        (914) 285-8500

TO:

SHAFRAN & MOSLEY, P.C.
Attorneys for Plaintiff
The Empire State Building
350 Fifth Avenue, Suite 2310
New York, New York  10118
(212) 631-7000