0924819
BJP/hs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTOINE JOHNSON,

                Plaintiff,

     -against-                                    **Notice to**
                                                    **Take Deposition**

ALFRED MASTARRIGO,                         08 Civ. 1324 (KMK)
                                                      ECF CASE

                Defendants.
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE, that pursuant to FRCP Rule 30, the deposition upon oral questions of the persons named will be taken as follows:

**TO BE EXAMINED**:        Plaintiff:  ANTOINE JOHNSON

**DATE & TIME**:            September 15, 2008 at 10:00 a.m.

**PLACE**:                      LAW OFFICE OF THOMAS K. MOORE
                                   701 Westchester Avenue - Suite 101W
                                   White Plains, New York

       PLEASE TAKE FURTHER NOTICE, that pursuant to FRCP Rule 34, the plaintiff is required to produce the following items at the deposition:

1. The accident report prepared by or on behalf of the witness.

2. All medical bills and any receipts, canceled checks or estimates relating to special damages.

3. If lost earnings are claimed, Federal and State Income Tax returns covering the year when loss claimed and two years prior thereto and one year after loss claimed.

4. Any contracts, leases or documents relied upon with respect to the claim.

5. Any statement given by or on behalf of any defendant serving this notice.

6. Any and all exhibits, papers and/or documents relative to claim.

Dated: White Plains, New York
       July 15, 2008

                                      LAW OFFICE OF THOMAS K. MOORE

                                      By: _____s/_____
                                           BRIAN J. POWERS (BP-1992)
                                     Attorneys for Defendant
                                     ALFRED MASTARRIGO
                                     Office & P.O. Address
                                     701 Westchester Avenue - Suite 101W
                                     White Plains, New York  10604
                                     (914) 285-8500

TO:

SHAFRAN & MOSLEY, P.C.
Attorneys for Plaintiff
The Empire State Building
350 Fifth Avenue, Suite 2310
New York, New York  10118
(212) 631-7000